UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

Chapter 11

Case No.

IN RE:

    KUM GANG INC.,

        Debtor.

-------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL BANKRUPTCY RULE 1007(a)(1)

Kenneth F. McCallion, the undersigned in the above-captioned case, hereby declares under penalty of perjury under the laws of the United States that the following is true and correct:

1. I have personal knowledge of the matters set forth in this Statement because I am the attorney for the Debtor Corporation.

2. There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: April 29, 2015

                                          Kenneth F. McCallion
                                          McCallion & Associates LLP
                                          100 Park Avenue – 16th floor
                                          New York, New York 10017
                                          Attorneys for Debtor
                                          (646) 366-0884